AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19CR/10141 |
| | ) | |
| SHELLEY M. RICHMOND JOSEPH and | ) | |
| WESLEY MACGREGOR | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_      Wesley MacGregor                                                                  ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Obstruct Justice, in violation of 18 U.S.C. § 1512(k)
Obstruction of Justice, and Aiding and Abetting, in violation of 18 U.S.C. § 1512(c)(2), 18 U.S.C. § 2
Obstruction of a Federal Proceeding, and Aiding and Abetting, in violation of 18 U.S.C. § 1505, 18 U.S.C. § 2
Perjury, in violation of 18 U.S.C. § 1623

Date:      04/25/2019

_Issuing officer's signature_

Carolina DaSilva, Deputy Clerk

City and state:      Boston, MA

Hon. Jennifer C. Boal, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 4/25/2019 , and the person was arrested on _(date)_ 4/25/2019 at _(city and state)_ Bos Watertown, MA . |
| Date: 4/26/2019                          _Arresting officer's signature_ |
| Peter Skutnik Special Agent _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  19CR10141 |
| SHELLEY M. RICHMOND JOSEPH and | ) | |
| WESLEY MACGREGOR | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Shelley M. Richmond Joseph                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint

☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Obstruct Justice, in violation of 18 U.S.C. § 1512(k)
Obstruction of Justice, and Aiding and Abetting, in violation of 18 U.S.C. § 1512(c)(2), 18 U.S.C. § 2
Obstruction of a Federal Proceeding, and Aiding and Abetting, in violation of 18 U.S.C. § 1505, 18 U.S.C. § 2

Date:      04/25/2019

_____
Issuing officer's signature

City and state:     Boston, MA

Hon. Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  4/25/2019 , and the person was arrested on *(date)*  4/25/2019 at *(city and state)*  Boston, MA .  |
| Date: 04/26/2019 |
| _____ Arresting officer's signature |
| Peter Skutnik   Special Agent *Printed name and title* |