AO 442 (Rev. 11/11) Arrest Warrant

FILED
IN CLERKS OFFICE

2019 MAY -2 PM 1:48

U.S. DISTRICT COURT
DISTRICT OF MASS.

10869065

SEALED

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.

SHELLEY M. RICHMOND JOSEPH and
WESLEY MACGREGOR

Case No. 19CR10141-LTS
DLC

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

2019 APR 25 12:23
RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Shelley M. Richmond Joseph
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Obstruct Justice, in violation of 18 U.S.C. § 1512(k)
Obstruction of Justice, and Aiding and Abetting, in violation of 18 U.S.C. § 1512(c)(2), 18 U.S.C. § 2
Obstruction of a Federal Proceeding, and Aiding and Abetting, in violation of 18 U.S.C. § 1505, 18 U.S.C. § 2

Date: 04/25/2019

*Issuing officer's signature*

City and state: Boston, MA

Hon. Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

WARRANT EXECUTED BY JSI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 4/26/19

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____